

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00542-CV

**THE CITY OF ALICE**,
Appellant

v.

Christine **REYES**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-15-336
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Irene Rios, Justice

Delivered and Filed:  November 1, 2017

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal, stating that the parties have reached an agreement that resolves this dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

PER CURIAM